IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DAVID A. SMITH and GLADYS H. SMITH                    PLAINTIFFS

V.                       Civil No. 04-6112

UNION CARBIDE CORPORATION                              DEFENDANT

## J U D G M E N T

For reasons set forth in the Memorandum Opinion, filed contemporaneously herewith, Defendant's motion for summary judgment (Doc. 13) is GRANTED, and Plaintiffs' complaint is DISMISSED WITH PREJUDICE. **The parties have thirty days from entry of this judgment on the docket in which to appeal.**

IT IS SO ORDERED this 6th day of February 2006.

                              /s/ Robert T. Dawson
                              Honorable Robert T. Dawson
                              United States District Judge